UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JANE DOES 1-6, et al. | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|           v. | )   1:21-cv-00242-JDL |
| | ) |
| JANET T. MILLS, in her official | ) |
| capacity as Governor of the | ) |
| State of Maine, et al. | ) |
| | ) |
|    Defendants. | ) |

**PROCEDURAL ORDER**

The Court held a case management conference on August 31, 2021, regarding the Plaintiffs' Motion for Preliminary Injunction (ECF No. 3) and their Motion to Proceed Using Pseudonyms and for Protective Order (ECF No. 21). For the reasons stated on the record, resolving both motions will require a highly expedited schedule. Accordingly, it is ORDERED:

1. A hearing on the Plaintiffs' Motion for Preliminary Injunction (ECF No. 3) will be held on Friday, September 10, 2021 at 2:00 p.m., to be conducted by videoconference.

2. The Defendants' response to the Motion for Preliminary Injunction shall be filed by 12:00 p.m. on Wednesday, September 8, 2021.

3. The Plaintiffs' reply shall be filed by 12:00 p.m. on Thursday, September 9, 2021.

4. The Defendants' response to the Plaintiffs' Motion to Proceed Using Pseudonyms and for Protective Order (ECF No. 21) shall be filed by 5:00 p.m. on Wednesday, September 1, 2021. No reply will be permitted except by leave of the Court.

A hearing on Plaintiffs' Motion to Proceed Using Pseudonyms is tentatively scheduled for Thursday, September 2, 2021 at 11:30 a.m. by videoconference. The parties will be notified as soon as possible, and no later than 9:00 a.m. on Thursday,

September 2, 2021, as to whether the September 2, 2021 hearing on Plaintiffs' Motion to Proceed Using Pseudonyms will proceed.

**SO ORDERED.**

**Dated:  August 31, 2021**

                                                                                                                        **/s/ JON D. LEVY**
                                                                                                                 **CHIEF U.S. DISTRICT JUDGE**