UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
Bangor Division

| | |
|---|---|
| JANE DOES 1–6, JOHN DOES 1–3,<br>JACK DOES 1–1000, JOAN DOES 1–1000,<br><br>Plaintiffs,<br><br>v.<br><br>JANET T. MILLS, in her official capacity as Governor of the State of Maine,<br>JEANNE M. LAMBREW, in her official capacity as Commissioner of the Maine Department of Health and Human Services,<br>NIRAV D. SHAH, in his official capacity as Director of the Maine Center for Disease Control and Prevention,<br>MAINEHEALTH,<br>GENESIS HEALTHCARE OF MAINE, LLC,<br>GENESIS HEALTHCARE, LLC,<br>NORTHERN LIGHT HEALTH FOUNDATION,<br>MAINEGENERAL HEALTH,<br><br>Defendants. | Case No. 1:21-cv-00242-JDL |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, by and through the undersigned counsel, hereby submit for the Court's consideration the United States Court of Appeals for the Second Circuit's Order granting a Preliminary Injunction Pending Appeal in *We The Patriots USA, Inc. v. Hochul*, No. 21-2179 (2d Cir. Sept. 30, 2021) (attached hereto as **EXHIBIT A**), and the United States District Court for the Northern District of New York's Order extending its original Temporary Restraining Order in *Dr. A v. Hochul*, No. 1:21-cv-1009 (N.D.N.Y. Sept. 20, 2021) (attached hereto as **EXHIBIT B**), as significant and pertinent authorities supporting Plaintiffs' Motion for Preliminary Injunction.

1. On September 30, 2021, the Second Circuit Court of Appeals granted a Preliminary Injunction Pending Appeal (Exhibit A) in a case that is virtually identical to Plaintiffs' claims in

this Court. There, as here, the plaintiffs challenged the New York Governor's imposition of a COVID-19 vaccine mandate for healthcare workers that permitted medical accommodations but excluded religious accommodations, which the plaintiffs challenged on First Amendment grounds. (Exhibit A at 1.)

2.  The Second Circuit held, based on *Roman Catholic Diocese of Brooklyn v. Cuomo*, 141 S. Ct. 63, 66 (2020), that plaintiffs were entitled to a preliminary injunction pending appeal, and enjoined the Governor from enforcing her COVID-19 vaccine mandate on healthcare workers to the extent it purported to remove religious exemptions and accommodations mandated by the First Amendment and federal law. (*Id.*) Specifically, the Court held: "**Appellees are hereby ENJOINED, pending resolution of the appeal or further order of this Court, from enforcing the mandates against persons claiming religious exemptions . . . .**" (*Id.* (emphasis added).)

3.  Part of the Second Circuit rationale was that the Northern District of New York had enjoined the Governor from enforcing her COVID-19 vaccine mandate to the extent it deprived healthcare workers of religious exemptions and accommodations. (Ex. A at 1 (citing *Dr. A v. Hochul*, No. 21-cv-1009 (N.D.N.Y. Sept. 13, 2021)).

4.  Significant to Plaintiffs' claims here, the Northern District of New York *sua sponte* extended its Temporary Restraining Order until full resolution of the preliminary injunction because it found – **as is true here** – that imposition of the mandate constituted "irreparable harm" "to the extent it categorically requires health care employers to deny or revoke religious exemptions from COVID-19 vaccination mandates." (Exhibit B at 2, 4.)

5.  The foregoing authorities are relevant to Plaintiffs' Motion for Preliminary Injunction (dkt. 3) at pp. 15-16, and Plaintiffs' Reply in Support of Motion for Preliminary Injunction (dkt. 57) at 20-21. The Second Circuit's Injunction Pending Appeal is also relevant to

Plaintiffs' claims for alternative relief in the form of an injunction pending appeal should this Court not enter a preliminary injunction. (Dkt. 3 at 17.)

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen C. Whiting | /s/ Daniel J. Schmid |
| Stephen C. Whiting | Mathew D. Staver* |
| ME Bar No. 559 | Horatio G. Mihet* |
| The Whiting Law Firm | Roger K. Gannam* |
| 75 Pearl Street, Suite 207 | Daniel J. Schmid* |
| Portland, ME 04101 | LIBERTY COUNSEL |
| (207) 780-0681 | P.O. Box 540774 |
| Email: steve@whitinglawfirm.com | Orlando, FL 32854 |
| | Phone: (407) 875-1776 |
| | Facsimile: (407) 875-0770 |
| | Email: court@lc.org |
| | hmihet@lc.org |
| | rgannam@lc.org |
| | dschmid@lc.org |
| | *Applications for Admission pro hac vice pending |

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2021, I caused a true and correct copy of the foregoing to be electronically filed with this Court. Service will be effectuated on all Counsel of Record via this Court's ECF/electronic notification system.

/s/ Daniel J. Schmid
Daniel J. Schmid