# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE
### Bangor Division

| | |
|---|---|
| JANE DOES 1–6, JOHN DOES 1–3, JACK DOES 1–1000, JOAN DOES 1–1000,<br><br>Plaintiffs,<br><br>v.<br><br>JANET T. MILLS, in her official capacity as Governor of the State of Maine, JEANNE M. LAMBREW, in her official capacity as Commissioner of the Maine Department of Health and Human Services, NIRAV D. SHAH, in his official capacity as Director of the Maine Center for Disease Control and Prevention, MAINEHEALTH, GENESIS HEALTHCARE OF MAINE, LLC, GENESIS HEALTHCARE, LLC, NORTHERN LIGHT HEALTH FOUNDATION, MAINEGENERAL HEALTH,<br><br>Defendants. | Case No. 1:21-cv-00242-JDL |

## **NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 3 and 28 U.S.C. §1292(a)(1), Plaintiffs hereby notice their appeal to the United States Court of Appeals for the First Circuit from this Court's Order on Plaintiffs' Motion for Preliminary Injunction (dkt. 65), denying preliminary injunctive relief, which was issued today, October 13, 2021.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen C. Whiting | /s/ Daniel J. Schmid |
| Stephen C. Whiting | Mathew D. Staver* |
|     ME Bar No. 559 | Horatio G. Mihet* |
| The Whiting Law Firm | Roger K. Gannam* |
| 75 Pearl Street, Suite 207 | Daniel J. Schmid* |
| Portland, ME 04101 | LIBERTY COUNSEL |
| (207) 780-0681 | P.O. Box 540774 |
| Email: steve@whitinglawfirm.com | Orlando, FL 32854 |
| | Phone: (407) 875-1776 |
| | Facsimile: (407) 875-0770 |
| | Email: court@lc.org |
| | hmihet@lc.org |
| | rgannam@lc.org |
| | dschmid@lc.org |
| | *Admitted pro hac vice |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2021, I caused a true and correct copy of the foregoing to be electronically filed with this Court. Service will be effectuated on all Counsel of Record via this Court's ECF/electronic notification system.

/s/ Daniel J. Schmid
Daniel J. Schmid