# United States Court of Appeals
## For the First Circuit

No. 21-1826

JANE DOES 1-6; JOHN DOES 1-3; JACK DOES 1-1000; JOAN DOES 1-1000,

Plaintiffs, Appellants,

v.

JANET T. MILLS, in her official capacity as Governor of the State of Maine; JEANNE M. LAMBREW, in her official capacity as Commissioner of the Maine Department of Health and Human Services; NIRAV D. SHAH, in his official capacity as Director of the Maine Center for Disease Control and Prevention; MAINEHEALTH; GENESIS HEALTHCARE OF MAINE, LLC; GENESIS HEALTHCARE, LLC; NORTHERN LIGHT HEALTH FOUNDATION; MAINEGENERAL HEALTH,

Defendants, Appellees.

**JUDGMENT**

Entered: October 19, 2021

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Maine.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order denying a preliminary injunction is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Stephen C. Whiting, Horatio Gabriel Mihet, Roger K. Gannam, Daniel Joseph Schmid, Matthew D. Staver, Thomas A. Knowlton, Valerie A. Wright, Kimberly Leehaug Patwardhan, James R. Erwin, Katharine Ives Rand, Ryan P. Dumais, Katherine Lee Porter, Alexander Joseph Luchenitser, Richard Brian Katskee, Zachary Heiden, Daniel Mach, Heather L. Weaver, Emma Bond