UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JANE DOES 1-6, JOHN DOES-1-3, JACK DOES 1-1000, and JOAN DOES 1-1000,<br><br>Plaintiffs,<br><br>v.<br><br>JANET T. MILLS, Governor of the State of Maine, JEANNE M. LAMBREW, Commissioner of the Maine Department of Health and Human Services, NIRAV D. SHAH, Director of the Maine Center for Disease Control, MAINEHEALTH, GENESIS HEALTHCARE OF MAINE, LLC, GENESIS HEALTHCARE, LLC, NORTHERN LIGHT FOUNDATION, and MAINEGENERAL HEALTH<br><br>Defendants. | Civil Action 1:21-cv-00242-JDL |

## **NOTICE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1 and D. Me. L. R. 7.1, MTM Acquisition, Inc. states that the following person owns 10% or more of MTM Acquisition, Inc.: Reade Brower.

SJ Acquisition, Inc. states that the following person owns 10% or more of SJ Acquisition, Inc.: Reade Brower.

18340489.1

DATED at Portland, Maine this 10th day of November, 2021

        Respectfully submitted,

        */s/ Sigmund D. Schutz*
        Sigmund D. Schutz
        Preti Flaherty Beliveau & Pachios LLP
        P.O. Box 9546
        One City Center Portland, ME 04112
        (207) 791-3000
        sschutz@preti.com

        Katie Townsend
        Shannon Jankowski
        THE REPORTERS COMMITTEE FOR
        FREEDOM OF THE PRESS
        1156 15th St NW, Suite 1020
        Washington, D.C. 20005
        (202) 795-9300
        ktownsend@rcfp.org
        sjankowski@rcfp.org

        *Counsel for Media Intervenors*