UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JANE DOES 1-6, et al. | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|         v. | ) 1:21-cv-00242-JDL |
| | ) |
| JANET T. MILLS, in her official | ) |
| capacity as Governor of the | ) |
| State of Maine, et al. | ) |
| | ) |
|    Defendants. | ) |

## PROCEDURAL ORDER

The Court held a case management conference on November 19, 2021, regarding the Defendants' Joint Motion to Modify Protective Order (ECF No. 74), the News Media's Motion to Intervene (ECF No. 76), and the Plaintiffs' Motion to Stay (ECF No. 81). After considering the arguments of counsel, I have concluded that the motions should be addressed simultaneously and, therefore, the briefing schedule for the Motion to Stay will be expedited. Accordingly, it is ORDERED:

1. The Plaintiffs' response to the Motion to Modify Protective Order shall be filed by 12:00 p.m. on Friday, December 3, 2021.

2. The Defendants' reply shall be filed by 12:00 p.m. on Wednesday, December 8, 2021.

3. The Plaintiffs' response to the News Media Motion to Intervene shall be filed by 12:00 p.m. on Friday, December 3, 2021.

4. The News Media's reply shall be filed by 12:00 p.m. on Wednesday, December 8, 2021.

5. The Defendants' response to the Motion to Stay shall be filed by 12:00 p.m. on Friday, December 3, 2021.

6. The Plaintiffs' reply shall be filed by 12:00 p.m. on Wednesday, December 8, 2021.

The deadline for the Defendants' responsive pleadings pursuant to Fed. R. Civ. P. 12 continues to be extended indefinitely.  Once the Court has entered orders on the three pending Motions and the periods for filing interlocutory appeals of those orders have expired or, if interlocutory appeals are filed, the appeals have been finally determined, the Court will establish a deadline for service of the Defendants' responsive pleadings.

**SO ORDERED.**

**Dated this 19th day of November, 2021.**

                                          **/s/ JON D. LEVY**
                                **CHIEF U.S. DISTRICT JUDGE**