UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JANE DOES 1-6, JOHN DOES 1-3, JACK DOES 1-1000, JOAN DOES, 1-1000,<br><br>      Plaintiffs,<br><br>v.<br><br>JANET T. MILLS, in her official capacity as Governor of the State of Maine, et al.<br><br>      Defendants. | CIVIL ACTION<br>Docket No: 1:21-cv-00242 |

### RESPONSE OF DEFENDANTS MAINEHEALTH, GENESIS HEALTHCARE OF MAINE, LLC, GENESIS HEALTHCARE, LLC, AND MAINEGENERAL HEALTH TO NEWS MEDIA MOTION TO INTERVENE

Defendants MaineHealth, Genesis Healthcare of Maine, LLC, Genesis Healthcare, LLC, and MaineGeneral Health ("Defendants" or "Provider Defendants"), through counsel, hereby respond to MTM Acquisition, Inc.'s Motion to Intervene.

Defendants join Defendant Northern Light Foundation in taking no position with respect to the News Media Motion to Intervene. Defendants do not intend to waive, and hereby expressly reserve, the right to be heard on any other matters that may arise in connection with the Court's ruling on that Motion, including any appeal therefrom, as well as MTM Acquisition's participation in this case as an Intervenor in the event the Court allows it.

Dated: December 3, 2021

/s/ James R. Erwin
James R. Erwin
/s/ Katharine I. Rand
Katharine I. Rand
Pierce Atwood LLP
254 Commercial Street
Portland, ME  04101
207-791-1100
jerwin@pierceatwood.com
krand@pierceatwood.com

*Counsel for Defendants*
*MaineHealth, Genesis Healthcare of Maine, LLC,*
*Genesis Healthcare, LLC and MaineGeneral Health*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

### CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I served Defendants' Response of Defendants MaineHealth, Genesis Healthcare of Maine, LLC, Genesis Healthcare, LLC, and MaineGeneral Health to News Media Motion to Intervene with the Clerk of Court using the CM/ECF System, which will send notification of such filing(s) to counsel of record:

Dated:  December 3, 2021                /s/ James R. Erwin
                                        James R. Erwin

                                        Pierce Atwood LLP
                                        254 Commercial Street
                                        Portland, ME  04101
                                        207-791-1100
                                        jerwin@pierceatwood.com

                                        *Counsel for Defendants*
                                        *MaineHealth, Genesis Healthcare of Maine,*
                                        *LLC, Genesis Healthcare, LLC and*
                                        *MaineGeneral Health*