UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JANE DOES 1-6, JOHN DOES 1-3, JACK DOES 1-1000, JOAN DOES, 1-1000,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JANET T. MILLS, in her official capacity as Governor of the State of Maine, et al.<br><br>　　　　　　Defendants. | CIVIL ACTION<br>Docket No: 1:21-cv-00242 |

**AGREED-UPON AMENDMENT TO PROTECTIVE ORDER**

With the agreement of the parties, the Court hereby amends the Agreed-Upon Protective Order dated September 2, 2021, Doc. 36 (the Order), as follows:

By 1:00 pm EST on December 17, 2021, counsel of record for the State Defendants shall disclose to counsel of record for the Provider Defendants all Identifying Information as that term is defined in the Order. Counsel of record for the Provider Defendants may disclose Identifying Information to the law partners, associates and persons employed in their respective offices, and to Provider Defendants' in-house counsel and staff. Counsel of record and In-house counsel at each of the Provider Defendants may also disclose the Identifying Information to employees who they determine are reasonably necessary to assist with the defense of Plaintiffs' claims, and to any expert witnesses or third party agents engaged for purposes of assisting with the defense of Plaintiffs' claims. Each person, other than Provider Defendants' counsel of record, to whom any Identifying Information is to be disclosed pursuant to this Order shall be provided a copy of this Order and shall agree in advance that he or she will not disclose any Identifying Information to any person not entitled to know the information under this Order, and that he or she will not use any Identifying Information except in connection with the defense of Plaintiffs' claims.

State Defendants' counsel of record may disclose the Identifying Information to attorneys and staff employed by the Office of the Attorney General; the individual State Defendants; State

Defendants' in-house counsel and their attorneys and staff; and State employees who State Defendants' counsel of record determine are reasonably necessary to assist with the defense of Plaintiffs' claims, and to any expert witnesses or third party agents engaged for purposes of assisting with the defense of Plaintiffs' claims. Each person, other than State Defendants' counsel of record, to whom any Identifying Information is to be disclosed pursuant to this Order shall be provided a copy of this Order and shall agree in advance that he or she will not disclose any Identifying Information to any person not entitled to know the information under this Order, and that he or she will not use any Identifying Information except in connection with the defense of Plaintiffs' claims.

If any party's filings contain any Identifying Information, they shall file those documents under seal, in keeping with the Court's Local Rules.

The obligation to disclose Identifying Information shall be deemed a continuing obligation of Plaintiffs' counsel, which shall include disclosure of any new or additional information not initially disclosed to State Defendants' counsel of record.

To the extent not amended by the foregoing, the Order shall remain in effect until further order of this Court.

**SO ORDERED.**

Dated: December 14, 2021

/s/ Jon D. Levy
**CHIEF U.S. DISTRICT JUDGE**
