UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JANE DOES 1-6, et al. | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|          v. | ) 1:21-cv-00242-JDL |
| | ) |
| JANET T. MILLS, in her official capacity as Governor of the State of Maine, et al. | ) ) ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Plaintiffs have filed a Motion to Stay Proceedings Pending Interlocutory Appeal (ECF No. 138) seeking an order staying these proceedings pending their interlocutory appeal from the Court's Order entered on May 31, 2022 (ECF No. 131), granting the Media Intervenors' Motion to Unseal Plaintiffs' Identities. Plaintiffs' motion requests, in the alternative, that should the Court deny their request to stay the proceedings, it should stay the requirement that Plaintiffs file an amended complaint disclosing their identities while their appeal remains pending.

The Media Intervenors have filed written opposition (ECF No. 139) to the Plaintiffs' motion. The Defendants have not filed written opposition at this point in time.

To preserve the status quo and to provide all parties the opportunity to be heard on the Plaintiffs' motion, it is ORDERED that:

1. Until further order, the Court's Order (ECF No. 131) entered on May 31, 2022, is temporarily stayed.

2.  The Defendants shall file responsive memoranda of law on or before June 13, 2022.

3.  Plaintiffs shall file a memorandum of law in reply on or before June 15, 2022.

**SO ORDERED.**

**Dated:  June 8, 2022**

                                                  **/s/ JON D. LEVY**
                                    **CHIEF U.S. DISTRICT JUDGE**