# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE
### Bangor Division

| | |
|---|---|
| ALICIA LOWE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) Case No. 1:21-cv-00242-JDL |
| JANET T. MILLS, in her official capacity as Governor of the State of Maine, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3 and 28 U.S.C. §1291, Plaintiffs hereby notice their appeal to the United States Court of Appeals for the First Circuit from this Court's Order on Defendants' Motions to Dismiss (dkt. 156), which was issued August 18, 2022, and the Judgment of Dismissal (dkt. 157), which was issued on August 19, 2022.

Respectfully submitted,

/s/ Stephen C. Whiting
Stephen C. Whiting
ME Bar No. 559
The Whiting Law Firm
75 Pearl Street, Suite 207
Portland, ME 04101
(207) 780-0681
steve@whitinglawfirm.com

/s/ Daniel J. Schmid
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid
Liberty Counsel
P.O. Box 540774
Orlando, Florida 32854
(407) 875-1776
court@LC.org | hmihet@LC.org
rgannam@LC.org | dschmid@LC.org

*Attorneys for Plaintiffs*