**AARON M. FREY**
ATTORNEY GENERAL

TEL: (207) 626-8800
TTY USERS CALL MAINE RELAY 711



STATE OF MAINE
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0006

REGIONAL OFFICES
84 HARLOW ST. 2ND FLOOR
BANGOR, MAINE 04401
TEL: (207) 941-3070
FAX: (207) 941-3075

415 CONGRESS ST., STE. 301
PORTLAND, MAINE 04101
TEL: (207) 822-0260
FAX: (207) 822-0259

14 ACCESS HIGHWAY, STE. 1
CARIBOU, MAINE 04736
TEL: (207) 496-3792
FAX: (207) 496-3291

September 1, 2023

<u>Via CM/ECF</u>

Hon. Jon D. Levy, Chief Judge
United States District Court, District of Maine
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

Re: *Lowe et al. v. Mills et al.*, Civil Action No. 1:21-cv-00242-JDL

Dear Judge Levy,

Counsel for State Defendants in this matter writes to inform the Court that the Maine Department of Health and Human Services and the Maine Center for Disease Control and Prevention have amended the healthcare worker vaccination rule, Immunization Requirements for Healthcare Workers, 10-144 Me. Code R. ch. 264, and repealed the requirement mandating that designated healthcare facilities ensure their employees are vaccinated against COVID-19. *See* ECF No. 181 at 5.

The amended rule was filed with the Maine Secretary of State yesterday, August 31, 2023, and will be effective September 5, 2023. *See* 5 M.R.S.A. § 8052(6) (Supp. 2023).

Sincerely,

/s/ Kimberly L. Patwardhan
Kimberly L. Patwardhan
Counsel for State Defendants

cc:   Counsel of Record via CM/ECF system