UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALICIA LOWE, et al.,<br>Plaintiff(s), | )<br>)<br>) |
| v. | )     Civil No. 1:21-cv-00242-JDL |
| | ) |
| JANET T MILLS, et al.,<br>Defendant(s), | )<br>) |

## JUDGMENT

Pursuant to the Order on the Motions to Dismiss entered August 18, 2022 and the Order entered on December 11, 2023 by Chief U.S. District Judge Jon D. Levy;

JUDGMENT of Dismissal is hereby entered as to MaineHealth, Genesis HealthCare of Maine LLC, Genesis Healthcare LLC, MaineGeneral Health and Northern Light Eastern Maine Medical Center.

                                                       CHRISTA K. BERRY
                                                       CLERK

                         By:     /s/ Charity Pelletier
                                  Deputy Clerk

Dated: December 11, 2023