UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALICIA LOWE et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | CIVIL NO. 1:21-cv-00242-JDL |
| ) | |
| JANET T. MILLS et al., ) | |
| ) | |
| Defendant(s), ) | |

JUDGMENT OF DISMISSAL

In accordance with the Order on Defendants' Motion to Dismiss Surviving Claims as Moot entered by Chief U.S District Judge Jon D. Levy on February 23, 2024,

JUDGMENT of Dismissal is hereby entered as to Defendants Jeanne M. Lambrew and Dr. Puthiery Va.

CHRISTA K. BERRY
CLERK

By:  /s/ Charity Pelletier
Deputy Clerk

Dated: February 23, 2024