# United States Court of Appeals
## For the First Circuit

No. 24-1283

ALICIA LOWE; DEBRA CHALMERS; JENNIFER BARBALIAS; GARTH BERENYI;
NICOLE GIROUX; ADAM JONES; NATALIE SALAVARRIA,

Plaintiffs, Appellants,

v.

SARA GAGNÉ-HOLMES, in her official capacity as Acting Commissioner of the Maine Department of Health and Human Services; DR. PUTHIERY VA, Director for the Maine Center for Disease Control and Prevention,

Defendants, Appellees,

JANET T. MILLS, in her official capacity as Governor of the State of Maine; NANCY BEARDSLEY, in her official capacity as Acting Director of the Maine Center for Disease Control and Prevention; MAINEHEALTH; GENESIS HEALTHCARE OF MAINE, LLC; GENESIS HEALTHCARE LLC; MAINEGENERAL HEALTH; NORTHERN LIGHT EASTERN MAINE MEDICAL CENTER,

Defendants.

**JUDGMENT**
Entered: January 17, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of the suit as moot and the denial of the motion to amend are affirmed.

By the Court:
Anastasia Dubrovsky, Clerk

cc: Mathew D. Staver, Stephen C. Whiting, Horatio Gabriel Mihet, Daniel Joseph Schmid, Thomas A. Knowlton, Kimberly Leehaug Patwardhan, James R. Erwin, Katharine Ives Rand, Ryan P. Dumais, Katherine Lee Porter, Sigmund D. Schutz, KatieLynn B. Townsend, Shannon A. Jankowski